UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

AUTOMOTIVE LIFT INSTITUTE, INC.

          Plaintiff,

v.

NORTH AMERICAN AUTO EQUIPMENT, INC.

          Defendant.
-----------------------------------------------------------



STIPULATION OF DISMISSAL

Case No.: 5:21-cv-00882 (TJM/ML)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, pursuant to Federal Rule of Civil Procedure 41(a)(1) and L.R. 41.3 of the United States District Court for the Northern District of New York, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~June~~ July 19, 2022

_____
Sharon M. ~~Sulimowicz~~, Esq.
Attorney for Plaintiff
M & T Bank Building
118 North Tioga Street, Suite 202
Ithaca, New York 14850

_____
Jay R. McDaniel, Esq.
Attorney for Defendant
Weiner Law Group, LLP
629 Parsippany Road, P.O. Box 438
Parsippany, New Jersey 07054-0438

IT IS SO ORDERED.
DATED: July 20, 2022

_____
Hon. Thomas J. McAvoy, Senior U.S.D.J.

SHARON M. SULIMOWICZ
ATTORNEY AT LAW
118 NORTH TIOGA ST.
SUITE 202
ITHACA, NEW YORK 14850
(607) 256-0727